STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

FELIX PIZARRO DE HOSTOS

Case No. 10-09369-BKT

Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: November 12, 2010
Time: 8:30    Track: _____
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: ___0___
Creditors
___0___

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _06-09_  [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[✓] No DSO certificate (Post-petition) Bi-weekly since Oct 8, 2010
[✓] Evidence of income Current income
    [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete    [ ] Missing
    [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing    [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____
_____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

FELIX PIZARRO DE HOSTOS　　　　　　　Case No. 10-09369-BKT

　　　　　　　　　　Chapter 13　　　Attorney Name: JOSE PRIETO CARBALLO ESQ*

---

**VI. Plan** (Cont.)
Date: October, 5, 2010　Base $ 11,100.00　[X] Filed　Evidence of Pmt shown: _NW 165.00_
Payments _0_ made out of _1_ due.　[ ] Not Filed　_~~$2430~~_

**VII. Confirmation Hearing Date:** December, 3, 2010

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 356.00 = $ 2,644.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____　　[ ] Amended S.O.F.A. _____
[ ] Insurance estimate _____　　[ ] Amended plan
　　　　　　　　　　　　　　　　　　　　[ ] Business Documents
[ ] Assumption/Rejection executory contract　　　[ ] Monthly reports for the months
[ ] Appraisal _____

[ ] State tax returns years _____　　　　[ ] Public Liability Insurance
[ ] Federal tax returns years _____　　　　[ ] Premises_____
[ ] Correct SS # (Form B21)　　　　　　　　[ ] Vehicle(s)_____
　　[ ] Debtor  [ ] Joint debtor　　　　　　[ ] Licenses issued by:
[ ] Other: _____

---

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

---

**COMMENTS**

1.) Debtor started a new job recently, provide evidence of new income and update the information.
2.)

---

_____　　　　　　　　　　　　Date: November 12, 2010
Trustee/Presiding Officer　　　　　　　　　　　　　　(Rev.